[No. 27088–5–I. Division One. July 29, 1991.]

INDIANA INSURANCE COMPANY, *Appellant*, v. SUANNE PELLEY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 87–2–17783–1, John M. Darrah, J., entered September 10, 1990. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Agid, JJ.

[No. 27567–4–I. Division One. July 29, 1991.]

GAMBRIELL PROPERTIES, *Respondent*, v. ALBERT M. MARK, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 88–2–12361–6, Steven G. Scott, J., entered January 17, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, A.C.J., and Forrest, J.

[No. 25281–0–I. Division One. July 29, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD LEE COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 88–1–00479–2, Byron L. Swedberg, J., entered November 20, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Forrest, J. Now published in 63 Wn. App.